# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-25-00649-CV

---

**B. B., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

---

### FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-FM-24-001890, THE HONORABLE MAYA GUERRA GAMBLE, JUDGE PRESIDING

---

## MEMORANDUM OPINION

B.B. (Mother) appeals from the trial court's order terminating her parental rights to her children. *See* Tex. Fam. Code § 161.001. After a jury trial, the trial court rendered judgment finding by clear and convincing evidence that two statutory grounds existed for terminating Mother's parental rights and that termination was in the children's best interest. *See id.* § 161.001(b)(1)(D), (E), (2).

Mother's court-appointed counsel has filed a brief concluding that her appeal is frivolous and without merit. *See Anders v. California*, 386 U.S. 738, 744 (1967); *In re P.M.*, 520 S.W.3d 24, 27 & n.10 (Tex. 2016) (per curiam) (approving use of *Anders* procedure in appeals from termination of parental rights because it "strikes an important balance between the defendant's constitutional right to counsel on appeal and counsel's obligation not to prosecute frivolous appeals" (citations omitted)). The brief meets the requirements of *Anders* by presenting a professional evaluation of the record and demonstrating why there are no arguable grounds to be advanced on appeal. *See* 386 U.S. at 744; *Taylor v. Texas Dep't of Protective &*

*Regulatory Servs.*, 160 S.W.3d 641, 646–47 (Tex. App.—Austin 2005, pet. denied) (applying *Anders* procedure in parental-termination case). Mother's counsel certified to this Court that she provided Mother with a copy of the *Anders* brief and a copy of the entire appellate record and informed her of her right to file a pro se brief. The Department of Family and Protective Services has filed a response to the *Anders* brief, waiving its right to file an appellee's brief unless requested by this Court or as needed to respond to any pro se brief filed by appellant. Mother has filed a pro se brief, which we have reviewed.

We have conducted a full examination of all of the proceedings to determine whether the appeal is wholly frivolous, as we must when presented with an *Anders* brief. *See Penson v. Ohio*, 488 U.S. 75, 80 (1988). We have specifically reviewed the jury's findings under parts (D) and (E) of Family Code § 161.001(b)(1), and we have found no non-frivolous issues that could be raised on appeal with respect to that finding. *See In re N.G.*, 577 S.W.3d 230, 237 (Tex. 2019) (holding that "due process and due course of law requirements mandate that an appellate court detail its analysis for an appeal of termination of parental rights under section 161.001(b)(1)(D) or (E) of the Family Code"). After reviewing the record, the *Anders* brief, and Mother's pro se brief, we find nothing in the record that would arguably support Mother's appeal. We agree with Mother's counsel that the appeal is frivolous and without merit. Accordingly, we affirm the trial court's order terminating the parental rights of Mother.

_____

Karin Crump, Justice

Before Chief Justice Byrne, Justices Crump and Ellis

Affirmed

Filed: January 8, 2026